FILED

JUN 17 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>            Appellant,<br><br>vs.<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE DEVELOPMENT, LLC, BIG SKY RIDGE, LLC, YELLOWSTONE CLUB CONSTRUCTION CO., LLC,<br><br>            Appellees, | No. CV-11-65-BU-SEH<br><br>ORDER<br><br>On appeal from Bankruptcy Case No. 08-61570-11 |

The Court will conduct a status conference to address issues presented by the May 27, 2015, remand and Mandate of the Ninth Circuit in this matter at 10:00 a.m. on July 1, 2015, at the **Paul G. Hatfield Courthouse, Courtroom I, Helena Montana.**

ORDERED:

Each of the parties shall file a brief and a statement of position on or before June 26, 2015, outlining matters to be addressed and procedures to be undertaken

to effect merit resolution of the remand issues.

DATED this 17th day of June, 2015.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge